# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Ibex Construction Company, LLC | CASE NO.: 18–11284–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 04–3728294 | CHAPTER: 7 |

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 15, 2019

Martin Glenn, Bankruptcy Judge