# Notice Recipients

District/Off: 0208−1     User:     Date Created: 10/15/2019
Case: 18−11284−mg     Form ID: 149     Total: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Robert L. Geltzer | trusteegeltzer@geltzerlaw.com |
| aty | Lawrence Morrison | lmorrison@m−t−law.com |
| aty | Michael Thomas Reilly | mreilly@travelers.com |
| aty | Robert A. Wolf | rwolf@tarterkrinsky.com |
| aty | Robert L. Geltzer | trusteegeltzer@geltzerlaw.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Ibex Construction Company, LLC | 1 Whitehall Street | New York, NY 10004 |

TOTAL: 1